**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Nicholas J. Willing, | Case No. 2:22-cv-00733-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| State of Nevada, | |
| Defendant. | |

Plaintiff Nicholas J. Willing is an inmate at the Southern Desert Correctional Center. Plaintiff is proceeding *pro se*, or in other words, representing himself.  Plaintiff's initiating documents include his payment of the filing fee (ECF No. 3), a motion to challenge Senate Bill 182 (ECF No. 1-1) and two notices to the Court about his motion and a motion by another inmate (ECF Nos. 1-2 and 1-3).  Plaintiff also filed a motion for a temporary restraining order.  (ECF No. 4).  But Plaintiff cannot initiate a lawsuit with motions alone.  Instead, under Federal Rule of Civil Procedure 3, a "civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.  Plaintiff is directed to file a complaint on the Court's approved form, which will be mailed to him, or that can be found at https://www.nvd.uscourts.gov/wp-content/uploads/2021/11/Final-1983-Complaint-and-Instructions.pdf, to initiate his action.

**IT IS THEREFORE ORDERED** that Plaintiff must file a complaint on the Court's approved form on or before **July 6, 2022.**  The Clerk of Court is kindly directed to mail Plaintiff the Court's approved complaint form and instructions for the same.  The Clerk of Court is also kindly directed to mail Plaintiff a copy of his initiating documents and his motion for a temporary restraining order. (ECF Nos. 1, 1-1, 1-2, 1-3, 1-4, and 4).

DATED: June 6, 2022

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE