UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS J. WILLING,<br><br>           Plaintiff,<br>v.<br><br>STATE OF NEVADA,<br><br>           Defendant. | Case No. 2:22-cv-00733-APG-DJA<br><br>**Order Denying (1) Motion for Reconsideration and (2) Motion for Harmful Error**<br><br>[ECF Nos. 13, 14] |

On August 3, 2022, I denied plaintiff Nicholas Willing's pending motions for restraining orders, default judgment, and other relief. ECF No. 10.  Willing has now filed a motion for reconsideration (ECF No. 13) and a "motion for harmful error" (ECF No. 14).  I deny those motions.

Willing does not offer sufficient reasons, legal or factual, for me to reconsider my earlier decisions.  I therefore decline to do so.

Willing's "motion for harmful error" seems to complain that the court's docketing system shows his motions being filed out of order and does not correctly reflect the number of pages for each. ECF No. 14 at 1, 6.  I disagree.  The docketing information is correct.  Regardless, the order of filing is irrelevant, and I have reviewed and considered all properly filed papers.

I THEREFORE ORDER that Willing's motions **(ECF Nos. 13, 14) are DENIED.**

DATED THIS 10th day of October, 2022.

                                                                             UNITED STATES DISTRICT JUDGE