UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS J. WILLING,<br><br>          Plaintiff,<br>v.<br><br>STATE OF NEVADA,<br><br>          Defendant. | Case No. 2:22-cv-00733-APG-DJA<br><br>**ORDER** |

I have previously advised plaintiff Nicholas Willing that he must properly serve the State of Nevada with a summons and complaint. *See* ECF Nos. 21 at 1; 27 at 1.  No summons has ever been issued in this case, so Willing cannot have properly accomplished service.  I gave Willing until June 16, 2023 to complete service, but he has not done so. ECF No. 35.  I advised Willing that if he did not serve the State of Nevada by June 16, I would dismiss this case without prejudice. *Id.*

I THEREFORE ORDER that plaintiff Nicholas Willing's complaint (ECF No. 6) is dismissed without prejudice for failure to properly serve defendant State of Nevada.  The clerk of court is instruction to close this case.

DATED THIS 23rd day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE