UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS J. WILLING,<br><br>        Plaintiff,<br>v.<br>STATE OF NEVADA,<br><br>        Defendant. | Case No.: 2:22-cv-00733-APG-DJA<br><br>**ORDER DENYING MOTIONS**<br><br>[ECF Nos. 39, 40, 41] |

      I previously dismissed this case and ordered it closed. ECF No. 38. Plaintiff Nicholas Willing subsequently filed what he calls an "Omni Bus [sic] Motion, Motion of Manifest Error, and Motion to Recuse (APG)." ECF Nos. 39, 40, 41. I will treat these collectively as a motion for reconsideration of my dismissal order. Willing does not offer sufficient reasons why my earlier rulings are erroneous. I therefore deny the motions.

      I THEREFORE ORDER that plaintiff Nicholas Willing's motions **(ECF Nos. 39, 40, 41) are denied.**

      DATED this 7th day of August, 2023.

                                                  ANDREW P. GORDON<br>                                                UNITED STATES DISTRICT JUDGE